IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLIE L. JOHNSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    CIVIL ACTION NO. 08-0656-CG-B |
| | ) |
| **EAST BAY KIA, INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties having filed a Joint Stipulation of Dismissal on March 10, 2011 (Doc. 28), it is **ORDERED, ADJUDGED and DECREED** that all claims in this matter are hereby **DISMISSED WITH PREJUDICE.**  Each party shall bear his or its own costs.

**DONE and ORDERED** this 10th day of March, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE